UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------x

MARK LACHAR,

                                Plaintiff,      **NOTICE OF APPEARANCE**

        -against-                                07 Civ. 7599 (LTS)(JCF)

CITY OF NEW YORK, et al.,

                                Defendants**.**

-------------------------------------------------------------------------------x

**PLEASE TAKE NOTICE** that **Jordan M. Smith**, Assistant Corporation Counsel, should be substituted as counsel of record on behalf of the Corporation Counsel of the City of New York, Michael A. Cardozo, attorney for defendant City of New York, having replaced Assistant Corporation Counsel Sabrina Tann, effective September 19, 2007.

Dated:  New York, New York
           September 19, 2007

                                              MICHAEL A. CARDOZO
                                              Corporation Counsel
                                                  of the City of New York
                                              Attorney for Defendant
                                              100 Church Street, Room 3-141
                                              New York, New York 10007
                                              (212) 788-0869

                                       By:     ___/s/ Jordan M. Smith_____
                                                     Jordan M. Smith
                                                     Assistant Corporation Counsel
                                                   Special Federal Litigation Division

To:    Steven Hoffner, Esq. (by ECF)
         Attorney for Plaintiff