## DECLARATION OF SERVICE

I, Maurice Hudson, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury that on September 20, 2007, I served a copy of the Court's Order dated September 14, 2007, in the matter of Mark Lachar v. City of New York, et al., 07 CV 7599 (LTS) (JCF) upon the following counsel of record by faxing a copy of same to said attorney at the address and fax number set forth below, being the address and fax number designated by said attorney for that purpose:

> To:    Steven Hoffner, Esq.
> Attorney for Plaintiff
> 350 Broadway, Suite 1150
> New York, NY 10013
> Fax #: (212) 941-8237


Dated:    New York, New York
September 24, 2007

_____
MAURICE HUDSON