%AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN        DISTRICT OF        NEW YORK

Mark Lacher

v.

City of New York and Joseph Delduca

APPEARANCE

Case Number: 07 Civ. 7599 (LTS)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

City of New York.

I certify that I am admitted to practice in this court.

December 11, 2007
Date

*Signature* (Basil C. Sitaras)

Basil C. Sitaras            BS-1027
Print Name                  Bar Number

New York City Law Department, 100 Church St.
Address

New York        NY          10007
City            State       Zip Code

(212) 788-0879              (212) 788-8877
Phone Number                Fax Number