UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

MARK LACHAR,                                                    07 Civ. 7599 (LTS) (JCF)

             Plaintiff,

   -against-                                               **NOTICE OF APPEARANCE**

CITY OF NEW YORK, NYC POLICE LT. JOSEPH
DELDUCA, BEING SUED INDIVIDUALLY AND
IN HIS OFFICIAL CAPACITY,

             Defendants.
----------------------------------------------------------------X

      PLEASE TAKE NOTICE, that the undersigned hereby appear as Attorneys for

Defendant JOSEPH DELDUCA and demand that all papers in this action be served upon the

undersigned at the office and post office address stated below.

Dated:    New York, New York
            January 14, 2008

                               Yours, etc.

                               KARASYK & MOSCHELLA, LLP
                               By: James M. Moschella (9398)
                               Attorneys for Defendant-*Joseph DelDuca*
                               225 Broadway, 32nd Floor
                               New York, NY 10007
                               (212) 233-3800

To:    Steven Alan Hoffner, Esq.
        Attorney for Plaintiff
        350 Broadway, Suite 1105
        New York, NY 10013

| Basil Constantine Sitaras, Esq. | Jordan Michael Smith, Esq. |
|---|---|
| NYC Law Department | NYC Law Department |
| 100 Church Street | 100 Church Street |
| New York, NY 10007 | New York, NY 10007 |

W:\IRODRIG\MOSCHELL\DELDUCA\not.appearance.wpd