# STEVEN A. HOFFNER

ATTORNEY AT LAW
350 BROADWAY, SUITE 1105
NEW YORK, NEW YORK 10013
(212) 941-8330   FAX (212) 941-8137



February 6, 2008

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007
By fax: 212-805-0426

**MEMO ENDORSED**

Re:   Lachar v. City of New York
      07 CV 7599 (LTS)

Your Honor:

I am plaintiff's attorney on the above matter, scheduled for a preliminary conference before the Court on Friday, February 8, 2008, at 2:45 P.M. I hereby request an adjournment of the conference due to the fact that this morning my father was scheduled for heart surgery on Friday afternoon and I need to be at the hospital.

I have conferred with both counsels for the defendants and they consent to this request. Please reschedule the conference to any date convenient to the Court. Thank you for your attention.

Respectfully,

Steven Hoffner

cc:   Basil Sitaras
      Asst. Corp. Counsel
      Attorney for City of New York (By Fax (212)-788-0776)

      James Moschella
      Attorney for Lietuenant Delduca (By Fax (212) 233-3801)

*[Handwritten endorsement:]* The conference is adjourned to February 22, 2008 at 11:15 AM.

SO ORDERED.

*/s/ LAURA TAYLOR SWAIN*   2/7/08
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE