UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x

MARK LACHAR,

                                                                 Plaintiff,      **NOTICE OF APPEARANCE**

                  -against-

THE CITY OF NEW YORK, N.Y.C. POLICE              07 Civ. 7599 (LTS)(JCF)
LIEUTENANT JOSEPH DELDUCA, BEING SUED
INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY,

                                            Defendants.

-------------------------------------------------------------------- x

        **PLEASE TAKE NOTICE** that **Johana Castro**, Assistant Corporation Counsel, should be substituted as counsel of record on behalf of the Corporation Counsel of the City of New York, Michael A. Cardozo, attorney for defendant the City of New York, having replaced Assistant Corporation Counsel Basil Sitaras, effective June 30, 2008.

Dated:  New York, New York
           June 30, 2008

                                              MICHAEL A. CARDOZO
                                              Corporation Counsel
                                              of the City of New York
                                              Attorney for Defendant City of New York
                                              100 Church Street, Rm. 3-189
                                              New York, New York 10007
                                              (212) 788-0976

                                  By:  _____
                                             Johana Castro (JC 1809)
                                             Assistant Corporation Counsel
                                             Special Federal Litigation Division

To:    BY ECF
        Steven Hoffner, Esq.