UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - :
MARK LACHAR,                             :   07 Civ. 7599 (LTS) (JCF)
                                         :
              Plaintiff,                 :   O R D E R
                                         :
     - against -                         :
                                         :
THE CITY OF NEW YORK, N.Y.C. POLICE      :
LIEUTENANT JOSEPH DELDUCA, BEING         :
SUED INDIVIDUALLY AND IN HIS             :
OFFICIAL CAPACITY,                       :
                                         :
              Defendants.                :
- - - - - - - - - - - - - - - - - - - - :
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/26/08

A pretrial conference having been held by telephone on August 26, 2008, it is hereby ORDERED as follows:

1.  All discovery shall be completed by October 31, 2008.

2.  The pretrial order shall be submitted by November 28, 2008 unless any dispositive motion is filed by that date.  If such a motion is filed, the pretrial order shall be due thirty days after the motion is decided.

              SO ORDERED.

                              _____
                              JAMES C. FRANCIS IV
                              UNITED STATES MAGISTRATE JUDGE

Dated:   New York, New York
         August 26, 2008

Copies mailed this date:

Steven A. Hoffner, Esq.
Law Office of Steven Hoffner
350 Broadway, Suite 1105
New York, New York 10013

Johana V. Castro, Esq.
Assistant Corporation Counsel
City of New York Law Department
100 Church Street
New York, New York 10007